# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-1579

_____

Maumelle Medical Clinics, Inc.

*Plaintiff - Appellant*

v.

Wal-Mart Stores Arkansas, LLC

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: October 30, 2012
Filed: November 16, 2012
[Unpublished]

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Maumelle Medical Clinics, Inc. (Maumelle) appeals the district court's[1] adverse grant of summary judgment in its action under 42 U.S.C. §§ 1981 and 1982

_____

[1] The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

and state law.  Upon de novo review, see Withers v. Dick's Sporting Goods, Inc., 636 F.3d 958, 962 (8th Cir.) (summary judgment), cert. denied, 132 S. Ct. 821 (2011), we find no basis for reversal as to the grant of summary judgment on the section 1981 and 1982 claims.  We also find no abuse of discretion in the district court's exercise of supplemental jurisdiction over the state-law claims after dismissing the federal claims.  See Quinn v. Ocwen Fed. Bank FSB, 470 F.3d 1240, 1249 (8th Cir. 2006) (per curiam).  The district court is affirmed.  See 8th Cir. R. 47B.

_____